**C. Elaine KIRKWOOD, Petitioner,**

v.

**MERIT SYSTEMS PROTECTION
BOARD, Respondent.**

No. 06–3020.

United States Court of Appeals,
Federal Circuit.

Feb. 6, 2006.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DIS-
MISSED under Fed. R.App. P. 42(b).

**Sharon S. COX, Petitioner,**

v.

**DEPARTMENT OF DEFENSE,
Respondent.**

No. 05–3072.

United States Court of Appeals,
Federal Circuit.

Feb. 8, 2006.

Before MAYER, SCHALL, and PROST,
Circuit Judges.

Judgment

PER CURIAM:

This CAUSE having been heard and con-
sidered, it is ORDERED and AD-
JUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.